Michelle M. Bertolino, WSBA #26867
MBertolino@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044

Judge: Mary Jo Heston
Chapter: 7
Hearing Date: 10/22/26
Hearing Time: 9:00 am
Hearing Location: Tacoma
Response Deadline: 10/15/26

Attorneys for Washington State Employees Credit Union

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>Timothy Carl Eastman and Sherry Ann Eastman,<br><br>Debtors. | Case No. 26-42554-MJH<br><br>MOTION FOR RELIEF FROM AUTOMATIC STAY OF WASHINGTON STATE EMPLOYEES CREDIT UNION |

Washington State Employees Credit Union (the "Credit Union") hereby moves the Court under 11 U.S.C. § 362(d)(2) for an order granting the Credit Union relief from the automatic stay in order to enforce its interest in its collateral, a 2020 Flagstaff by Forest River Trailer, VIN #4X4TFLX20LD434589 (the "Vehicle"). In support of its motion, the Credit Union represents as follows:

1. This case was commenced on September 1, 2026, by the filing of a voluntary petition under Chapter 7 of the United States Bankruptcy Code by Timothy Carl Eastman and Sherry Ann Eastman ("Debtors").

2. On or about October 4, 2022, Debtor Timothy Carl Eastman entered into a Consumer Lending Plan and Consumer Lending Plan Advance Receipt and Truth-in-Lending Statement in the amount of $32,531.26 for the purchase of the Vehicle (the "Vehicle Loan"). Declaration of Danette Maloney in Support of Motion for Relief from Stay ("Maloney Dec."), ¶ 4, Exhibit 1. The Credit Union has a valid, perfected security interest in the Vehicle as evidenced



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

by the Vehicle Electronic Title. Maloney Dec., ¶ 4, Exhibit 2.

3. The present balance owing to the Credit Union pursuant to the Vehicle Loan is $26,921.33, consisting of principal of $26,027.44 and interest of $893.89. Maloney Dec., ¶ 5. The Debtor is in default for failure to make payments when due on the Vehicle Loan from March 17, 2026, to the present in the total amount of $2,091.95. *Id.*

4. The Debtors' Schedule D lists the value of the Vehicle as $20,000.00. Maloney Dec., ¶ 6.

5. The Debtors have stated their intention to surrender the Vehicle. Maloney Dec., ¶ 7.

6. The Credit Union is entitled to relief from the automatic stay provisions of 11 U.S.C. § 362(d) because:

(a) The Debtors have stated their intention to surrender the Vehicle;

(b) There is no equity in the Vehicle; and

(c) The Vehicle is not necessary for an effective reorganization.

7. Cause also exists for the waiver of the automatic fourteen-day stay of effectiveness of the relief order under Bankruptcy Rule 4001(a)(4) in that immediate relief is necessary to prevent further erosion of the Credit Union's interest in the Vehicle, and because the Debtors have stated their intention to surrender the Vehicle.

WHEREFORE, the Credit Union hereby requests that this Court enter an order granting the Credit Union immediate relief from the automatic stay in order to pursue its rights with respect to the Vehicle.

Dated: September 18, 2026.

FARLEIGH WADA WITT

By:/s/ Michelle M. Bertolino by Holly C. Hayman, WSBA # 63855
Michelle M. Bertolino, WSBA #26867
mbertolino@fwwlaw.com
Of Attorneys for Washington State Employees Credit Union



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, I served the foregoing **MOTION FOR RELIEF FROM STAY; NOTICE OF MOTION FOR RELIEF; DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY; and proposed ORDER GRANTING MOTION FOR RELIEF** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Darren Robert Krattli** dktrustee@eisenhowerlaw.com, tvannice@eisenhowerlaw.com;WA36@ecfcbis.com
- **United States Trustee** USTPRegion18.SE.ECF@usdoj.gov
- **Brett L Wittner** BLWittner@bvmm.com, jrodom@bvmm.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Timothy Carl Eastman
Sherry Ann Eastman
9827 Kooley Drive NW
Gig Harbor, WA 98329
*Debtors*

Dated: September 18, 2026.

FARLEIGH WADA WITT

By:/s/ Michelle M. Bertolino by Holly C. Hayman, WSBA # 63855
Michelle M. Bertolino, WSBA #26867
(503) 228-6044
mbertolino@fwwlaw.com
Attorneys for Washington State Employees Credit Union



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com