Michelle M. Bertolino, WSBA #26867
MBertolino@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044

Judge: Mary Jo Heston
Chapter: 7
Hearing Date: 10/22/26
Hearing Time: 9:00 am
Hearing Location: Tacoma
Response Deadline: 10/15/26

Attorneys for Washington State Employees Credit Union

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>Timothy Carl Eastman and Sherry Ann Eastman,<br><br>Debtors. | Case No. 26-42554-MJH<br><br>NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY |

TO: US Trustee; Darren Robert Krattli, Trustee; Brett L Wittner, attorney for Debtors; Timothy Carl Eastman and Sherry Ann Eastman, Debtors; and other interested parties.

PLEASE TAKE NOTICE that Washington State Employees Credit Union's motion for relief from stay, seeking relief from the automatic stay in order to pursue its rights with respect to its collateral, IS SET FOR HEARING as follows:

JUDGE: Mary Jo Heston DATE: October 22, 2026 TIME: 9:00 am

PLACE: Union Station, 1717 Pacific Avenue, Suite 2100, Courtroom H, Tacoma, WA

IF YOU OPPOSE the motion, you must file and serve your written response NOT LATER THAN THE RESPONSE DATE, which is **October 15, 2026.**

/ / /

/ / /

/ / /



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: September 18, 2026.

FARLEIGH WADA WITT

By:/s/ Michelle M. Bertolino by Holly C. Hayman, WSBA # 63855
Michelle M. Bertolino, WSBA #26867
(503) 228-6044
mbertolino@fwwlaw.com
Of Attorneys for Washington State Employees Credit Union



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com