IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>Timothy Carl Eastman and Sherry Ann Eastman,<br><br>Debtors. | Case No. 26-42554-MJH<br><br>Proposed ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |

This matter came before this Court on the motion filed by Washington State Employees Credit Union (the "Credit Union") for an order granting the Credit Union relief from the automatic stay pursuant to 11 U.S.C. § 362. After reviewing the Notice and Motion filed herewith together with the Declaration of Non-Receipt of Objections, it is hereby

ORDERED that the Credit Union is hereby granted relief from the automatic stay imposed by 11 U.S.C. § 362 and is authorized to proceed to enforce its rights with respect to its collateral, the 2020 Flagstaff by Forest River Trailer, VIN #4X4TFLX20LD434589.

/ / /

/ / /

/ / /

/ / /



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

IT IS FURTHER ORDERED that the 14-day stay pursuant to F.R.B.P. 4001(a)(4) is lifted and the Credit Union may immediately implement and enforce this order granting relief from the automatic stay.

/ / / End of Order / / /

SUBMITTED:

/s/ Michelle M. Bertolino by Holly C. Hayman, WSBA # 63855
Michelle M. Bertolino, WSBA #26867
Of Attorneys for Washington State
Employees Credit Union



FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com